IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
FRED NEKOUEE,                )
individually,                )
                             )
     Plaintiff,              )
                             )          CIVIL ACTION NO.
     v.                      )            2:18cv133-MHT
                             )                 (WO)
FSS RETAIL PROPERTY, LLC.,   )
                             )
     Defendant.              )
```

OPINION

Plaintiff filed this lawsuit on February 26, 2018. The court's docket reflects no effort to serve the defendant. Federal Rule of Civil Procedure 4(m) provides: "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." The United States Magistrate

Judge entered an order to show cause (doc. no. 4) as to why the case should not be dismissed for want of prosecution. The deadline for response has passed, and plaintiff did not respond to the order. The court concludes that this case should be dismissed.

An appropriate judgment will be entered.

DONE, this the 29th day of June, 2018.

                              /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE