IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **FRED NEKOUEE,** individually, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:18cv133-MHT (WO) |
| **FSS RETAIL PROPERTY, LLC.,** | ) ) | |
| Defendant. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is ORDERED that this case is dismissed without prejudice for want of prosecution.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 29th day of June, 2018.

                                    /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**